IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY KIYABU, | Case No.: CV 10-4216 SH |
| Plaintiff, | JUDGMENT ON SPECIAL VERDICT |
| vs. | |
| DONNA B. RAY and MORGAN L. RAY, dba IDLE SPURS STEAK HOUSE, and as Trustees of the RAY FAMILY REVOCABLE TRUST, and DOES ONE TO TEN, inclusive, | Trial: 11/15/11<br>Time: 9:00 a.m.<br>Dept: 550, Roybal Courthouse |
| Defendants. | |

    This action came on regularly for trial by jury on November 15, 2011 and November 16, 2011. Jason Singleton represented plaintiff Randy Kiyabu. James S. Link of Baraban & Teske represented defendant Donna B Ray, as trustee of the Ray Family Revocable Trust and dba Idle Spurs Steak House.

    A jury of seven persons was duly empanelled and sworn. Witnesses testified and exhibits were admitted. After being duly instructed by the Court and hearing the argument of counsel, the jury deliberated and thereon duly returned the following Verdict:

1

1. Does Plaintiff have a physical or mental impairment that substantially limits one or more of his major life activities?

_____ Yes __X__ No

By reason of this Verdict, Defendant is entitled to Judgment against Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendant Donna B. Ray and against Plaintiff Randy Kiyabu so that Plaintiff shall take nothing by his action.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Donna B. Ray recover from Plaintiff Randy Kiyabu incurred costs pursuant to Local Rule 54-3.

Dated: November 28, 2011  _____
Stephen J. Hillman
United States Magistrate Judge

Approved as to form and content.

/s/ Jason K. Singleton
_____
Jason K. Singleton
Attorney for Plaintiff Randy Kiyabu

_____
James S. Link
Attorney for Defendant Donna B. Ray

2